UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RGW CONSTRUCTION INC., <br>     Appellant, <br> v. <br> MARK F. LUCIDO, <br>     Appellee. <br><br> IN RE: MARK F. LUCIDO, <br>     Debtor. | Case No. 23-cv-05220-BLF <br><br> **ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED** <br><br><br> BR Case No. 21-40548-CN <br><br> Adv. Proc. No. 21-04031-CN |

On November 28, 2023, the Clerk of the United States Bankruptcy Court filed a Notice of Unperfected Bankruptcy Record on Appeal, advising that Appellant RGW Construction, Inc. has not perfected the appeal in this case in accordance with Bankruptcy Local Rule 8009-1(b). *See* Notice, ECF 4.

Appellant RGW Construction, Inc. is ORDERED TO SHOW CAUSE, in writing and by December 15, 2023, why this appeal should not be dismissed for failure to perfect the record on appeal and failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 1, 2023

_____
Beth Labson Freeman
United States District Judge